UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
FILED

SEP 2 8 2015

AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Binghamton
```

|  |  |
|---|---|
| **Plaintiff(s)** | ) |
| Alesha Fuller | ) |
| vs. | ) |
| SDH Education West, LLC | ) |
| **Defendant(s)** | ) |
|  | ) |

Civil Case No.:
**3:15 CV 1154 [TJM/DEP]**
CIVIL COMPLAINT
PURSUANT TO
TITLE VII OF THE
CIVIL RIGHTS ACT,
AS AMENDED

---

Plaintiff(s) demand(s) a trial by: _X_ JURY _____ COURT (Select **only** one).

## JURISDICTION

1.   Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.   Plaintiff: Alesha Fuller

Address: 188 Main Street

Binghamton, NY 13905

Additional Plaintiffs may be added on a separate sheet of paper.

3.   a.   Defendant: SDH Education West, LLC Panu Nowack.

Official Position: _____

Address: 9801 Washingtonian Blvd

Gaithersburg, MD 20878

b.     Defendant:     _SDH Education West, LLC William Shannon_

       Official Position: _____

       Address:     _9801 Washingtonian Blvd_

                   _Gaithersburg, MD 20878_

                   _____

4.     This action is brought pursuant to:

     __X__ Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.*, and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

     _____ Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.     Venue is invoked pursuant to 28 U.S.C. s 1391.

6.     Defendant's conduct is discriminatory with respect to the following (check all that apply):

         (A)    __✓__ My race or color.
         (B)    _____ My religion.
         (C)    __✓__ My sex (or sexual harassment).
         (D)    _____ My national origin.
         (E)    _____ My pregnancy.
         (F)    _____ Other: _____

7.     The conduct complained of in this action involves:

         (A)    _____ Failure to employ.
         (B)    __✓__ Termination of employment.
         (C)    _____ Failure to promote.
         (D)    __✓__ Unequal terms and conditions of employment.
         (E)    _____ Reduction in wages.
         (F)    __✓__ Retaliation.
         (G)    _____ Other acts as specified below:

                   _____

                   _____

8.                                    **FACTS**

       Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY**
      **defendant in your complaint.  (You may use additional sheets as necessary).**

I, Alesha Fuller Residing at 188 Main Street Binghamton, NY 13905 Charge respondents SDH Education West, LLC Address 9801 Washingtonian Blvd Gaithersburg, MD 20878 with an unlawful discriminatory Practice relating to employment violation of Article 15 because of Race/Sex/color and retaliation.

    Most recent date March 27th 2015 I was terminated from Sodexo because of My Past Complaints of discrimination and retaliation to filing Sexual harrassment from a Manager.

9.                              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**


                              **FIRST CAUSE OF ACTION**

                           See attachedment

9/25/15

• March 9th, 2015 I believe I was Subject to a Meeting because of My Previous Complaint of Race/color discrimination. During the Meeting I attempted to leave the office because I was upset on the direction of the Meeting as I attempted to leave Manager Pawel Nowacki blocked the door, during which time he Placed his hand/arm across My Chest/bra area.

• I filed a Complaint regarding this issue on this same date, and was immediately Placed on an "investigatory leave" for a Period of 18 days at My Return March 27th, 2015 during another Meeting I was advised I was terminated. I believe I was subject to discipline and ultimately terminated in Retaliction due to My Complaints of Sexual harrasstment, and Race/color discrimination.

• February 2015 I was written up and Placed on 3 day Suspension for Placing bagel bites and Cookie dough in the Cooler instead a freezer. Caucasian employees Store bagel bites and Cookie dough in Coolers as well. In the Meeting it was noted the Products had to be dis-carded however it was not, Manager Dorah changed incorrect information she had documented which Make Me believe the Circumstances Surrounding My discipline were fabricated and Manufactured in Sodexo's attempt to Push Me out.

• I had no help in breaking down Pallets and Putting items where they belong when Policy States 2-3 People on the Pallets at a time. Caucasian employees are not left alone to break down Pallets they are given assistance from Eastern temp because of My Race/sex/color I was left alone to break down 5-13 Pallets Per day weighing 500-1300 Pounds. I Suffer back Problem now.

• January 30, 2015. I was written up for allegedly leaving an unsafe Storage Room when there were empty boxes in an area where I was trying to clear Pallets. Caucasian employee Kim Harvey threw the boxes everywhere and it caused a hazard I told Managers of the Situation. I ask Kim Harvey to Pick up her boxes She Stated "No". I was told by Managers that this would be handled I was written up when I was not the individual who Created the hazard when the Caucasian employee was who Responsible for Creating the hazard and received no write-up.

• Caucasian employees are allowed to leave early and/or Come in late, Caucasian employees leave early all the time while Punching in Manager Codes to override their Swipe-in's and/or Swipe-out.

• November 25th, 2014 I had called out for Personal reasons. During a Meeting with Dorah and Luz Dorah stated I Called out because of the "Mike Brown" Verdict which is untrue. This statement lead Me to believe that Race was a factor for My Write-up rather than My alleged Misconduct.

• December 4th, 2014 I emailed Jim Roloff, director of Catering in regards to work Related issues unrelated to discrimination that same day I Received a Write-up from Dorah, Luz, and Kim Harvey. The Meeting was to discuss issues which happed 2 Months Prior about Attendance.

• We discussed I allegedly Swiped-in late October 9th, 2014 at 7:38am and October 27th, 2014 Swiping-in at the Same exact time 7:38am, which it was Proven I did not Swipe in October 27th, 2014 @ 7:38am because of My Race/color Kim Harvey lied and Stated I Clockedin late at the Same times 2 weeks apart.

→

November Shannon called
Myself and 3 other African American employee "Niggers" "Negros". I
old Leah at such time she stated to write a statement which time
I did. The next day William Shannon said all he got was a write
? which leads me to believe Sodexo did not take our reports
serious.

— [signature]

## SECOND CAUSE OF ACTION

See attachment

## THIRD CAUSE OF ACTION

See attachment

10. I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

February 2015 and June 2015
(Provide Date)

11. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached**) which was received by me on or about:

September 17th, 2015
(Provide Date)

12. The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13. The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14. The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.   **PRAYER FOR RELIEF**

    WHEREFORE, plaintiff(s) request(s) that this Court grant the following relief:

Plaintiff Request Back Pay, Medical back Pay,
Pain and Suffering, Lost title and wages

    I declare under penalty of perjury that the foregoing is true and correct.

DATED: _9/25/15_

                        _____
                        Signature of Plaintiff(s)
                        (all Plaintiffs must sign)

02/2010