

**Coughlin & Gerhart LLP**
ATTORNEYS AND COUNSELORS

BINGHAMTON
BAINBRIDGE
HANCOCK
ITHACA
MONTROSE
OWEGO
WALTON

www.cglawoffices.com
99 Corporate Drive
Binghamton, New York 13904

Mailing Address:
PO Box 2039
Binghamton, NY  13902-2039
(607) 723-9511
(877) COUGHLIN
Fax: (607) 723-1530
e-mail:  PSweeney@cglawoffices.com

April 15, 2016

**VIA CM/ECF**
Hon. David E. Peebles
U.S. Magistrate Judge
Federal Building & U.S. Courthouse
Syracuse, NY 13261-7346

   Re: Alesha Fuller v. SDH Education West, LLC
      N.D.N.Y. Civil Action No. 3:15-cv-1154

Dear Judge Peebles:

This Firm was appointed as Special Mediation Counsel to the Pro Se Litigant in the above referenced matter.

Ms. Fuller advised me today via email that she is discharging me as her attorney in the above matter and has obtained other legal counsel to represent her in the mediation currently scheduled to take place before Your Honor on June 3, 2016.

As such, I will await the Court's further direction with regard to my appointment as Special Mediation Counsel.

Respectfully Submitted,

COUGHLIN & GERHART, LLP

By Paul J. Sweeney
   Partner

PJS/slt

cc: Daniel J. Moore (via ECF)
   Alesha Fuller (via email)